VIRLEE OSBORNE, Appellant, *v.* EMPLOYMENT SECURITY DEPT. OF THE STATE OF NEVADA, Respondent.

No. 6837

November 16, 1972                                          502 P.2d 986

[Rehearing denied March 6, 1973]

*B. Mahlon'Brown, III,* of Las Vegas, for Appellant.

*Peter I. Breen,* of Reno, for Respondent.

## OPINION

*Per Curiam:*

Appellant's sole contention on appeal is that the record does not support a decision of the Board of Review, Employment Security Department, the effect of which was to deny him unemployment benefits in the sum of $599. In our view, said decision is supported by substantial evidence, which warranted a determination that twice within a two week period, in order to obtain unreduced benefits, appellant falsely stated he had been totally unemployed.

Affirmed.